In the Matter of the Judicial Settlement of the Account of ROSE BARRETT, Administratrix, etc., of RALPH G. BARRETT, Deceased, Appellant.

CAPITAL LUNCH SYSTEM and Others, Respondents.

No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Sherman, J., dissents.

SHERMAN, J. (dissenting). The decree of the surrogate surcharging the administratrix should, in our opinion, be modified by eliminating therefrom all except the amount required to defray the funeral and administration expenses. The widow of the deceased soldier is entitled to hold (to the exclusion of his creditors) the remainder of the proceeds of the " Adjusted Service Certificate " which had been paid by the United States Veterans' Bureau. (*Jones* v. *Price*, 107 W. Va. 55; 146 S. E. 890.)